IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARREN L. GREEN,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 05-00702-WS-B |
| **SHERIFF GROVER SMITH,** *et al*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that Plaintiff's Motion for Injunction be and is hereby **DENIED**.

**DONE** and **ORDERED** this 21st day of September, 2006.

s/WILLIAM H. STEELE

UNITED STATES DISTRICT JUDGE