IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARREN L. GREEN,                    :

      Plaintiff,                  :

vs.                                 :   CIVIL ACTION 05-00702-WS-B

SHERIFF GROVER SMITH,
*et al,*                            :

      Defendants.                 :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's

Motion for Injunction be denied.

**DONE** and **ORDERED** this 21st day of September, 2006.

s/WILLIAM H. STEELE

UNITED STATES DISTRICT JUDGE