# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DARREN L. GREEN,** | : |
| **Plaintiff,** | : |
| vs. | :   CIVIL ACTION 05-00702-WS-B |
| **SHERIFF GROVER SMITH,** *et al*, | : |
| **Defendants.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted.

**DONE** this 27th day of August, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE