IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARREN L. GREEN,** | : |
| **Plaintiff,** | : |
| vs. | :   CIVIL ACTION 05-00702-WS-B |
| **SHERIFF GROVER SMITH,** *et al*, | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's action be **DISMISSED** without prejudice.

**DONE** this 27th day of August, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE